UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HORIZON HEALTHCARE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> REGENERON PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br> 22-10493-FDS |

MEMORANDUM AND ORDER ON
DEFENDANT'S MOTION TO TRANSFER, STAY, OR DISMISS

**SAYLOR, C.J.**

For the reasons set forth in this Court's Memorandum and Order on Defendant's Motion to Transfer, Stay, or Dismiss in *Blue Cross & Blue Shield of Mass., Inc., et al. v. Regeneron Pharm., Inc.*, No. 1:21-cv-12094-FDS (D. Mass.), defendant's motion to transfer is DENIED, defendant's motion to stay is GRANTED, and this proceeding is hereby STAYED pending further order of the court.

**So Ordered.**

Dated: September 27, 2022

/s/ F. Dennis Saylor, IV
F. Dennis Saylor IV
Chief Judge, United States District Court